UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NELSON MARIN,

  Plaintiff,

v.

CASE NO.: 1:25-cv-20786-CMA

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, COMENITY CAPITAL BANK, and LVNV FUNDING LLC,

    Defendants.

_____/

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff makes the following disclosure(s)

1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**N/A**

2.    If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.]

1

**N/A**

3.     Identify each person – including lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome.

**Nelson Marin**, Plaintiff

**Jessica C. Berger**, Plaintiff's attorney

**The Consumer Lawyers, PLLC**, Plaintiff's attorney's law firm

**Equifax Information Services LLC**, Defendant

**Experian Information Solutions, Inc.**, Defendant

**Trans Union LLC**, Defendant

**Comenity Capital Bank**, Defendant

**LVNV Funding LLC**, Defendant

4.     Identify each entity with publicly traded shares or debt potentially affected by the outcome:

**Equifax Information Services LLC**

**Experian Information Solutions, Inc.**

**Trans Union LLC**

**Comenity Capital Bank**

**LVNV Funding LLC**

5.     Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**Unknown**

6.     Identify each person arguably eligible for restitution:

**Nelson Marin**

☒     I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 21st day of February 2025.

Respectfully submitted,

        **/s/ Jessica C. Berger, Esq.**
        Jessica C. Berger, Esq.
        Florida Bar No.: 10507738
        The Consumer Lawyers PLLC
        501 E Kennedy Blvd Ste 610 Tampa FL, 33602
        Telephone: 844.855.9000
        Facsimile: 844.951.3933
        Jessica@theconsumerlawyers.com
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 21st day of February, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Jessica C. Berger, Esq.**
Jessica C. Berger, Esq.
Florida Bar No.: 10507738
The Consumer Lawyers PLLC
Attorney for Plaintiff